AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

Tyshon Johnson,
    Plaintiff

V.

City of Poughkeepsie
& John Does I–VI,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CIV. 6105**

**JUDGE KARAS**

TO: (Name and address of Defendant)

City of Poughkeepsie
c/o City Clerk / City Hall
Poughkeepsie NY

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Sussman Esq.
PO Box 1005
Goshen NY 10924

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

DATE 07/03/2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE 07-09-08 |
| NAME OF SERVER (PRINT) PAUL J. WESOLOWSKI || TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): KAREN BURKE Title: City OF Poughkeepsie Chamberline 62 Civic Center Plaza Poughkeepsie, N.Y.

DESCRIPTION: White Female 35-37 y/o Blonde Hair 5'5" 120 lbs

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07-09-08
                        Date

Signature of Server

97 Emerick St, Kingston, NY 12401
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.