8915-0031/ryf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TYSHAN JOHNSON,

                          Plaintiff,

-against-

CITY OF POUGHKEEPSIE, JOE DOES I-VI,
sued in their individual capacities,

                          Defendants.
------------------------------------------------------------------x

**STIPULATION EXTENDING TIME TO ANSWER**

08 CIV. 6105 (kmk)

IT IS HEREBY STIPULATED by and between the parties to this action that the defendants', City of Poughkeepsie and Joe Does I-VI, time to answer or move with respect to the Complaint be extended to August 26, 2008.

DATED:     July 25, 2008

M<sup>C</sup>CABE & MACK LLP

By: _[signature]_

JODIE M. HANRAHAN(JH0817)
Attorneys for Defendants
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509
Tel. (845)486-6800

SUSSMAN & WATKINS

By: _[signature]_

CHRISTOPHER D. WATKINS, ESQ.(CW2240)
Attorneys for Plaintiff
PO Box 1005
40 Park Place
Goshen, NY 10924
Tel. (845)294-3991

SO ORDERED:

_[signature]_

HON. KENNETH M. KARAS

DATED:     Poughkeepsie, New York
                July 31, 2008